**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| **EDEKKA LLC,**<br><br>    **Plaintiff,**<br><br>  v.<br><br>**3BALLS.COM, INC.,**<br><br>    **Defendant.** | **CIVIL ACTION NO. 2:15-cv-541**<br><br>**JURY TRIAL DEMANDED** |

**PLAINTIFF EDEKKA LLC'S**
**CORPORATE DISCLOSURE STATEMENT**

Plaintiff eDekka LLC ("eDekka") is a Texas limited liability company. eDekka has no parent corporation, and no publicly held company owns 10% or more of its stock.

Dated: April 24, 2015                                     Respectfully submitted,

                                                                             By: */s/ Austin Hansley*
                                                                             **AUSTIN HANSLEY P.L.L.C.**
                                                                             Austin Hansley
                                                                             Texas Bar No.: 24073081
                                                                             Brandon LaPray
                                                                             Texas Bar No.: 24087888
                                                                             5050 Quorum Dr. Suite 700
                                                                             Dallas, Texas 75254
                                                                             Telephone:    (469) 587-9776
                                                                             Facsimile:    (855) 347-6329
                                                                             Email: Austin@TheTexasLawOffice.com
                                                                             www.TheTexasLawOffice.com
                                                                             **ATTORNEY FOR PLAINTIFF**
                                                                             **EDEKKA LLC**

**CERTIFICATE OF SERVICE**

    I hereby certify that on April 24, 2015, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Eastern District of Texas, Marshall Division, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

                                                                             */s/ Austin Hansley*

Austin Hansley