# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **EDEKKA, LLC,**  　　　　Plaintiff,  v.  **3BALLS.COM, INC.,**  　　　　Defendant. | **CIVIL ACTION NO. 2:15-cv-541**  **(Consolidated Lead Case)**  **PATENT CASE** |
| **EDEKKA, LLC,**  　　　　Plaintiff,  v.  **BALSAM HILL, LLC,**  　　　　Defendant. | **CIVIL ACTION NO. 2:15-cv-555**  **PATENT CASE** |

## JOINT MOTION TO STAY ALL DEADLINES AND NOTICE OF SETTLEMENT

Plaintiff eDekka, LLC and Defendant Balsam Hill, LLC hereby submit this motion and provide notice to the Court pursuant to the Court's Standing Order Regarding Proper Notification of Settlement to the Court. The Parties have reached a settlement in principle in this matter and expect to finalize the agreement within the stay requested.

In furtherance of the Parties' settlement agreement, the Parties jointly move the Court for a temporary stay of all applicable deadlines, for thirty (30) days in which time the Parties expect to finalize the agreement and file dismissal papers with the Court.

WHEREFORE, the Parties respectfully request that the Court grant this joint motion and enter a temporary thirty (30) day stay of all applicable deadlines.

Dated: September 4, 2015                    Respectfully submitted,

By: */s/ Austin Hansley*
**AUSTIN HANSLEY P.L.L.C.**
Austin Hansley
Texas Bar No.: 24073081
Brandon LaPray
Texas Bar No.: 24087888
5050 Quorum Dr. Suite 700
Dallas, Texas 75254
Telephone:     (469) 587-9776
Facsimile:     (855) 347-6329
Email: Austin@TheTexasLawOffice.com
www.TheTexasLawOffice.com
**ATTORNEY FOR PLAINTIFF**

Jennifer P. Ainsworth
WILSON, ROBERSTON & CORNELIUS, PC
909 ESE Loop 323, Suite 400
Tyler, TX 75701
Tel.:    (903) 509–5000
Fax:    (903) 509–5092
jainsworth@wilsonlawfirm.com

/s/ David Swetnam–Burland
Peter J. Brann
David Swetnam–Burland
Stacy O. Stitham
BRANN & ISAACSON
184 Main Street, 4th Floor
Lewiston, ME 04243−3070
Tel: (207) 786−3566
Fax: (207) 783–9325
pbrann@brannlaw.com
dsb@brannlaw.com
sstitham@brannlaw.com
**ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on September 4, 2015.

                                                         */s/ Austin Hansley*
                                                         Austin Hansley