**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| EDEKKA LLC,<br>        *Plaintiff*, | §<br>§<br>§ | |
| v. | §<br>§ | CASE NO. 2:15-CV-541 JRG<br>**(LEAD CASE)** |
| 3BALLS.COM, INC. et al.<br>        *Defendants*. | §<br>§<br>§<br>§ | |

## <u>ORDER</u>

The Court **ORDERS** Defendants to file a consolidated brief of not to exceed fifteen (15) pages in support of any and all claims for reasonable attorney fees under 35 U.S.C. § 285, as well as addressing any remaining counterclaims herein, within fourteen (14) days of this Order. In a consolidated ruling for all actions under Case No. 2:15-cv-541 and Case No. 2:15-cv-585, the Court will determine exceptional case status before any party is required to submit evidence concerning an amount of fees.

**So ORDERED and SIGNED this 21st day of September, 2015.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE