UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| EDEKKA LLC,<br><br>    Plaintiff,<br><br>vs.<br><br>3BALLS.COM, INC.,<br><br>    Defendant. | CASE NO. 2:15-cv-00541-JRG<br>(Lead Case)<br><br>**JURY TRIAL DEMANDED** |
| EDEKKA LLC,<br><br>    Plaintiff,<br><br>vs.<br><br>E REVOLUTION VENTURES, INC.,<br><br>    Defendant. | CASE NO. 2:15-cv-00585-JRG<br>(Lead Case)<br><br>**JURY TRIAL DEMANDED** |

**FISH & RICHARDSON'S DEFENDANTS' NOTICE OF FEE SUBMISSION**

Pursuant to the Court's order on December 17, 2015, Defendants represented by Fish & Richardson P.C. hereby submit evidence concerning the amount of fees incurred.[1]

In this circuit, a district court calculating reasonable attorneys' fees must follow a two-step procedure. First, the court must determine the number of hours reasonably expended on the litigation and a reasonable hourly rate for the prevailing party's lawyers. *Louisiana Power & Light Co. v. Kellstrom*, 50 F.3d 319, 323-24 (5th Cir.1995); *see also Hensley v. Eckerhart*, 461 U.S. 424,

---

[1] Fish & Richardson P.C. represents the following defendants in these cases: Action Envelope & Printing Co.; Aldo U.S. Inc.; Asics America Corporation; Cymax Stores USA, LLC; Encore Holdings, LLC; Garrett Brands LLC; Gemvara Inc.; Guess ?, Inc.; iHerb, Inc.; International Coffee & Tea, LLC; Levenger Company; Minted, LLC; Nanal, Inc.; Overnightprints, Inc.; skinnyCorp, LLC; Sweetwater Sound, Inc.; TGIB Marketing, Inc.; The Life Is Good Company; Toni&Guy U.S.A., LLC; The Walking Company; Webbed Sphere, Inc.; and Vineyard Vines, LLC.

**FISH & RICHARDSON'S DEFENDANTS' NOTICE OF FEE SUBMISSION**        **PAGE 1**

433 (1983). The hourly rate and the number of hours are multiplied to determine the lodestar, a presumptively reasonable fee award. *See Watkins v. Fordice*, 7 F.3d 453, 457 (5th Cir.1993) (citing City of Burlington v. Dague, 505 U.S. 557, 562 (1992)).

Attached hereto are invoices and time records demonstrating the presumptively reasonable fee incurred by the Fish & Richardson defendants, which are summarized in the table below:

| Defendant Name | Total Fees to Date |
|---|---|
| Action Envelope & Printing Co | $14,784.27 |
| Aldo U.S. Inc. | $15,705.77 |
| ASICS America Corporation | $14,669.85 |
| Cymax Stores USA, LLC | $13,247.85 |
| Encore Holdings, LLC | $15,800.75 |
| Garrett Brands LLC | $15,064.39 |
| Gemvara Inc. | $14,657.44 |
| Guess?, Inc. | $13,910.18 |
| iHerb, Inc. | $30,968.26 |
| International Coffee & Tea, LLC | $15,781.51 |
| Levenger Company | $14,913.39 |
| The Life Is Good Company | $13,001.86 |
| Minted, LLC | $15,659.99 |
| Nanal, Inc. | $12,178.67 |
| Overnightprints, Inc. | $15,252.02 |
| skinnyCorp, LLC | $13,622.72 |
| Sweetwater Sound, Inc. | $14,564.02 |
| TGIB Marketing, Inc. | $13,855.22 |
| Toni&Guy U.S.A., LLC | $13,971.55 |
| Vineyard Vines, LLC | $12,803.79 |
| The Walking Company | $16,854.64 |
| Webbed Sphere, Inc. | $14,148.64 |

*See* December 31, 2015 Declaration of Michael Bittner and attached exhibits.

| Dated: December 31, 2015 | Respectfully submitted, |

By: */s/ Neil J. McNabnay*
Neil J. McNabnay
njm@fr.com
Texas Bar No. 24002583
David B. Conrad
conrad@fr.com
Texas Bar No. 24049042
Ricardo J. Bonilla
rbonilla@fr.com
Texas Bar No. 24082704
Michael A. Bittner
bittner@fr.com
Texas Bar No. 24064905

FISH & RICHARDSON P.C.
1717 Main Street, Suite 5000
Dallas, TX 75201
Telephone: (214) 747-5070
Facsimile: (214) 747-2091

**ATTORNEYS FOR DEFENDANTS, ACTION ENVELOPE & PRINTING CO., ALDO U.S. INC., ASICS AMERICA CORPORATION, CYMAX STORES USA, LLC, ENCORE HOLDINGS, LLC, GARRETT BRANDS LLC, GEMVARA INC., GUESS ?, INC., IHERB, INC., INTERNATIONAL COFFEE & TEA, LLC, LEVENGER COMPANY, MINTED, LLC NANAL, INC., OVERNIGHTPRINTS, INC., SKINNYCORP, LLC., SWEETWATER SOUND, INC., TGIB MARKETING, INC., THE LIFE IS GOOD COMPANY, TONI&GUY U.S.A., LLC, THE WALKING COMPANY, WEBBED SPHERE, INC., and VINEYARD VINES, LLC**

Dated: December 31, 2015                    Respectfully submitted,

By: */s/ Neil J. McNabnay*
Neil J. McNabnay
njm@fr.com
Texas Bar No. 24002583
David B. Conrad
conrad@fr.com
Texas Bar No. 24049042
Ricardo J. Bonilla
rbonilla@fr.com
Texas Bar No. 24082704
Michael A. Bittner
bittner@fr.com
Texas Bar No. 24064905

FISH & RICHARDSON P.C.
1717 Main Street, Suite 5000
Dallas, TX 75201
Telephone: (214) 747-5070
Facsimile:  (214) 747-2091

**ATTORNEYS FOR DEFENDANTS, ACTION ENVELOPE & PRINTING CO., ALDO U.S. INC., ASICS AMERICA CORPORATION, CYMAX STORES USA, LLC, ENCORE HOLDINGS, LLC, GARRETT BRANDS LLC, GEMVARA INC., GUESS ?, INC., IHERB, INC., INTERNATIONAL COFFEE & TEA, LLC, LEVENGER COMPANY, MINTED, LLC NANAL, INC., OVERNIGHTPRINTS, INC., SKINNYCORP, LLC., SWEETWATER SOUND, INC., TGIB MARKETING, INC., THE LIFE IS GOOD COMPANY, TONI&GUY U.S.A., LLC, THE WALKING COMPANY, WEBBED SPHERE, INC., and VINEYARD VINES, LLC**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on December 31, 2015, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).

>  */s/ Michael A. Bittner*
>  Michael A. Bittner