# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **EDEKKA LLC,**<br><br>    **Plaintiff,**<br><br>  v.<br><br>**3BALLS.COM, INC.,**<br><br>    **Defendant.** | **CIVIL ACTION NO. 2:15-cv-541-JRG**<br><br>**CONSOLIDATED CASE**<br><br>**JURY TRIAL DEMANDED** |
| **EDEKKA LLC,**<br><br>    **Plaintiff,**<br><br>  v.<br><br>**E REVOLUTION VENTURES, INC.,**<br><br>    **Defendant.** | **CIVIL ACTION NO. 2:15-cv-585-JRG**<br><br>**CONSOLIDATED CASE**<br><br>**JURY TRIAL DEMANDED** |

## DECLARATION OF BENTON PATTERSON IN OPPOSITION TO DEFENDANTS' FEES SUBMISSIONS

1. My name is Benton Patterson. I am an attorney practicing at the law firm Austin Hansley PLLC. I have personal knowledge of the facts set out in this Declaration and, if called to testify as a witness, could and would competently do so under oath.

2. I have worked extensively on the above captioned cases. I have never spoken to Neil McNabnay of Fish and Richardson P.C. about any case involving eDekka LLC.

3. To the best of my knowledge, no attorney at Austin Hansley PLLC, counsel for eDekka LLC in the above captioned cases, has spoken to Neil McNabnay about the above captioned cases.

4. Attached as Exhibit A is a true and correct copy of an Order of this Court, dated September 21, 2015, instructing the Defendants in the above captioned consolidated cases to file a single consolidated brief on reasonable attorney's fees within 14 days of the Order.

5. Attached as Exhibit B is a true and correct copy of a report from the American Intellectual Property Law Association titled *2015 Report of the Economic Survey*.

Declared under penalty of perjury this 10th day of January, 2016.

*/s/ Benton Patterson*
Benton Patterson