# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **EDEKKA LLC,**     Plaintiff,  v.  **3BALLS.COM, INC.,**     Defendant. | **CIVIL ACTION NO. 2:15-cv-541-JRG**  **CONSOLIDATED CASE**  **JURY TRIAL DEMANDED** |
| **EDEKKA LLC,**     Plaintiff,  v.  **E REVOLUTION VENTURES, INC.,**     Defendant. | **CIVIL ACTION NO. 2:15-cv-585-JRG**  **CONSOLIDATED CASE**  **JURY TRIAL DEMANDED** |

## DECLARATION OF AUSTIN HANSLEY
## IN OPPOSITION TO DEFENDANTS' FEES SUBMISSIONS

1. My name is Austin Hansley. I am an attorney and the owner of Austin Hansley PLLC. I have personal knowledge of the facts set out in this Declaration and, if called to testify as a witness, could and would competently do so under oath.

2. I have worked extensively on the above captioned cases. I have never spoken to Neil McNabnay of Fish and Richardson P.C. about any case involving eDekka LLC.

3. To the best of my knowledge, no attorney at Austin Hansley PLLC, counsel for eDekka LLC in the above captioned cases, has spoken to Neil McNabnay about the above captioned cases.

Declared under penalty of perjury this 10th day of January, 2016.

>*/s/ Austin Hansley*
>Austin Hansley