**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| **EDEKKA LLC**, | § § § | |
| *Plaintiff*, | § § | |
| v. | § § | CASE NO. 2:15-CV-541 JRG **(LEAD CASE)** |
| **3BALLS.COM, INC., et al.**, | § § § | |
| *Defendants*. | § | |
| **EDEKKA LLC**, | § § § | |
| *Plaintiff*, | § § | |
| v. | § § | CASE NO. 2:15-CV-585 JRG **(LEAD CASE)** |
| | § § | |
| **E REVOLUTION VENTURES, INC., et al.**, | § § | |
| *Defendants*. | § | |

## ORDER

Before the Court are various submissions regarding attorneys' fees filed by certain Defendants in the above-captioned cases as instructed by the Court in its December 17, 2015 Order granting "exceptional" case status and ordering fee-shifting (Dkt. No. 177) [1]. (Dkt. Nos. 178, 179, 181, 183.) After issuing its September 21, 2015 Order finding Plaintiff eDekka LLC's ("eDekka") patent-in-suit ineligible for patent protection under 35 U.S.C. § 101, the Court directed all Defendants still active in the above-captioned cases who previously filed or joined a § 101 motion to file a consolidated brief regarding the issue of awarding reasonable attorney fees. (Dkt. Nos. 80, 82.) Defendant Water Filters Direct, LLC ("Water Filters") did not file or

---

[1] All citations to the record refer to consolidated case number 2:15-cv-585 unless otherwise indicated.

join a § 101 motion. Accordingly, the Court does not find that Water Filters is entitled to reasonable attorney fees and therefore has excluded Water Filters herein.

Having considered the Defendants' submissions and the facts in the record, the Court hereby awards the following Defendants the following amounts of fees:

| Defendant Name | Amount of Fees |
|---|---|
| Action Envelope & Printing Co | $14,784.27 |
| Aldo U.S. Inc. | $15,705.77 |
| ASICS America Corporation | $14,669.85 |
| Cymax Stores USA, LLC | $13,247.85 |
| Encore Holdings, LLC | $15,800.75 |
| Garrett Brands LLC | $15,064.39 |
| Gemvara Inc. | $14,657.44 |
| Guess?, Inc. | $13,910.18 |
| iHerb, Inc. | $30,968.26 |
| International Coffee & Tea, LLC | $15,781.51 |
| Levenger Company | $14,913.39 |
| The Life Is Good Company | $13,001.86 |
| Mars, Inc. | $26,840.14 |
| Minted, LLC | $15,659.99 |
| Nanal, Inc. | $12,178.67 |
| Organize-It, LLC | $28,572.50 |
| Overnightprints, Inc. | $15,252.02 |
| skinnyCorp, LLC | $13,622.72 |

| | |
|---|---|
| Sweetwater Sound, Inc. | $14,564.02 |
| TGIB Marketing, Inc. | $13,855.22 |
| Toni&Guy U.S.A., LLC | $13,971.55 |
| Vineyard Vines, LLC | $12,803.79 |
| The Walking Company | $16,854.64 |
| Webbed Sphere, Inc. | $14,148.64 |

The Court **ORDERS** Plaintiff eDekka LLC to pay the above amounts to the Defendants identified herein forthwith.

**So Ordered and Signed on this**

**Jan 19, 2016**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE